# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRISTAN BURTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 14-6776** |
| | : | |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security** | : : : | |

## ORDER

**NOW**, this 30th day of March, 2017, upon consideration of the Defendant's Voluntary Motion to Remand (Document No. 28) for further review by medical staff, the plaintiff's response, the defendant's reply, the defendant's supplemental brief, the plaintiff's reply brief, and after a careful and thorough review of the entire record, it is **ORDERED** that the motion is **DENIED**.

 

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.